# United States Court of Appeals

### For The District of Columbia Circuit

———————

| | |
|---|---|
| **No. 15-5322** | **September Term, 2015** |
| | 1:09-cv-01656-RMC |
| | **Filed On: April 27, 2016** [1610633] |

Deutsche Bank National Trust Company,
as Trustee for the Trusts,

      Appellee

      v.

Federal Deposit Insurance Corporation, in
its capacity as Receiver of Washington
Mutual Bank,

      Appellant

JPMorgan Chase Bank, National
Association and Washington Mutual
Mortgage Securities Corporation,

      Appellees

------------------------------

Consolidated with 15-5326

## O R D E R

Upon consideration of the joint motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning July 26, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:    /s/
              Mark A. Butler
              Deputy Clerk